IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSEPH JAMES RANKIN,

      Appellant,

v.                                                    Case No.     5D21-2825
                                                      LT Case No. 2015-CF-002943

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed April 12, 2022

3.850 Appeal from the Circuit Court
for Osceola County,
Keith A. Carsten, Judge.

Joseph J. Rankin, Moore Haven, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., HARRIS and NARDELLA, JJ., concur.